

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-95,162-01

### EX PARTE TERRANCE MOORE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 18-01958-CRF-85-A IN THE 85TH DISTRICT COURT FROM BRAZOS COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of assault-family violence and sentenced to twenty years' imprisonment. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to an appeal because of a break-down in the system. Based on the record, the trial court has found Applicant is entitled to an out-of-time appeal.

Relief is granted. *Ex parte Riley, 193 S.W.3d 900 (Tex. Crim. App. 2003).* Applicant may file an out-of-time appeal of his conviction in cause number 18-01958-CRF-85 from the 85th District Court of Brazos County. Within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by

counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: October 25, 2023
Do not publish